NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD MURTON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7058

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2880, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Richard Murton moves for an extension of time, until March 30, 2011, to file his opening brief and moves for leave to file a corrected motion for an extension of time to file a principal brief. Eric K. Shinseki, Secretary of Veterans Affairs, moves for an extension of time, until June 13, 2011, to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT


JUL 1 8 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Todd M. Wesche, Esq.
     Scott D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 8 2011

JAN HORBALY
CLERK